# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| TERRANCE H. BUCKLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:13-1117 |
| | ) | Judge Trauger |
| F/N/U SULLIVAN, named in individual capacity, *et al.*, | ) | Magistrate Judge Griffin |
| Defendants. | ) | |

## O R D E R

On March 14, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 47), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Temporary Restraining Order (Docket No. 40) is **DENIED**. This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 24th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge