# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRANCE H. BUCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1117 |
| | ) | Judge Trauger |
| MICHAEL SULLIVAN, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

## O R D E R

On August 13, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 103), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment (Docket No. 68) and Motion For Judgment on the Pleadings (Docket No. 86) are hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** as to all defendants.

This Order shall constitute the judgment in this cause.

It is so **ORDERED**.

ENTER this 3rd day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge